**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA, :
:
v. : CRIMINAL ACTION NO.
: 2:14-CR-00004-RWS
ENRIQUE PINA HERNANDEZ, :
:
Defendant. :

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [8] of Magistrate Judge J. Clay Fuller. The Report and Recommendation finds the Defendant's plea of guilty to have been knowingly and voluntarily made and finds that the charge to which the plea is entered is supported by an independent basis in fact establishing each of the essential elements of the offense. Judge Fuller recommends that the plea be accepted and the Defendant be adjudged guilty and sentence imposed accordingly. There has been no objection made to the Report and Recommendation.

Pursuant to Rule 11, Federal Rules of Criminal Procedure, the Report and Recommendation is hereby adopted and made the Order of this Court. The plea of guilty of the Defendant to Count One of the Information is hereby accepted,

and the Defendant is hereby adjudged guilty of said offense. The Clerk shall schedule the matter for sentencing. The Clerk is directed to serve a copy of this Order upon the Defendant, the Defendant's attorney, the United States Attorney, the United States Probation Office, and the United States Marshal.

**SO ORDERED** this  14th  day of February, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)